UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-2600-BLG

UNITED STATES OF AMERICA

vs.

LUIS ALBERTO MARTINEZ,

    **Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __x__ No

                        Respectfully submitted,

                        WIFREDO A. FERRER
                        UNITED STATES ATTORNEY

BY: _____
        DANIEL E. FUNK
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 592501
        99 N. E. 4th Street
        Miami, Florida 33132-2111
        TEL (305) 961-9099
        FAX (305) 530-7976

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>LUIS ALBERTO MARTINEZ,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 15-2600-BLG<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 30, 2015__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 659 | The defendant, LUIS ALBERTO MARTINEZ, did knowingly receive and have in his possession goods, valued at more than $1,000, that is, cell phones, which had been stolen, unlawfully taken, and carried away from an aircraft, air cargo container, air terminal, and airport, which constituted an interstate and foreign shipment of freight and other property, knowing the same to have been stolen. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Eric Moreno, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-1-15

*Judge's signature*

City and state: Miami, Florida

BARRY L. GARBER, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

I, ERIC MORENO, being duly sworn, depose and say:

1. I am a Special Agent (SA) with Homeland Security Investigation (HSI). I have been employed with HSI since December 2, 2002. I am currently assigned to a group that investigates money laundering and theft.

2. The information in this affidavit is based on my personal knowledge, information provided to me by others, including other law enforcement officials and civilian witnesses, as well as my review of documents associated with the case. I am fully aware of the facts and circumstances concerning this investigation and have participated in significant aspects of this investigation.

3. The information contained in this affidavit is submitted for the sole purpose of demonstrating probable cause to obtain a criminal complaint against LUIS ALBERTO MARTINEZ, for knowingly receiving or having in his possession goods, valued at $1,000 or more, that had been stolen from an interstate and foreign shipment, knowing that the same had been stolen, in violation of Title 18, United States Code, Section 659. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not contain all of the information known to me and/or other law enforcement officers involved in this case.

4. On April 20, 2015, a shipment of approximately twenty-five hundred (2500) LG cell phones was stolen from the Miami International Airport, Avianca Cargo area. The cargo was being transferred from a plane flight from China into a bonded area to later be shipped to Paraguay. At the time the cell phones were stolen, they were being transported in a van in the bonded area at the airport. When the driver of the van exited and walked away from the van, an individual entered the van and drove it out of the airport with the cell phones inside the van.

1

Soca's Transportation Service was the courier for the cell phones. After the theft, Soca's Transportation Service reported the theft to the Miami-Dade Police Department. The value of the cell phones was approximately $500,000.00.

5. On April 28, 2015, Homeland Security Investigation (HSI) Special Agents in Miami, Florida, received information from a confidential informant (CI) that LUIS ALBERTO MARTINEZ was in possession of stolen cell phones and was attempting to sell the cell phones. According to the CI, MARTINEZ offered to sell 300 cellular phones to the CI. The CI has been used by federal law enforcement agencies in the past and has proven to be reliable.

6. On April 29, 2015, special agents from HSI conducted a controlled meeting between the CI and MARTINEZ. Agents monitored the discussion regarding the sale and purchase of the cell phones between the CI and MARTINEZ. HSI special agents later had the CI contact MARTINEZ on his cell phone. The CI told MARTINEZ that he had an associate, an HSI undercover (UC) special agent posing as a purchaser, who was interested in purchasing the 300 cell phones.

7. The CI and MARTINEZ then met, in person, at MARTINEZ's place of business, located at 3002 NW 72 Avenue, Miami, FL. MARTINEZ gave the CI a cell phone as a sample of the merchandise he was offering to sell. The phone was a LG model #D722p, which was the same brand and model of cell phone recently stolen from the Miami International Airport bonded area.

8. During the meeting, MARTINEZ told the CI that he had 300 LG cell phones for sale and offered to sell them to the CI at a price of $40.00 each, if the CI was willing to purchase 300 cell phones. A HSI special agent compared the serial number of the LG cell phone provided by MARTINEZ to serial numbers of the stolen cell phones. The LG cell phone

2

provided by MARTINEZ was one of the LG cellphones stolen from the Miami International Airport on April 20, 2015.

9. On April 30, 2015, MARTINEZ contacted the CI. They agreed to meet with the HSI undercover special agent who was posing as a buyer for the cell phones. The CI picked up MARTINEZ at his business and drove to the restaurant Don Pan, located at 4179 NW 107 Ave., Doral, Florida 33178. During the meeting, MARTINEZ stated to the HSI undercover special agent that he had the 300 cell phones at his apartment.

10. MARTINEZ agreed to collect the cell phones and bring them back to the shopping center where Don Pan is located. Law enforcement agents observed the CI drive MARTINEZ to his apartment. At approximately the same time that MARTINEZ and the CI arrived, agents observed three subjects arrive at MARTINEZ's apartment in a gold Honda Odyssey mini-van, Florida tag # CUU C39. After all five individuals were at the apartment, MARTINEZ had the CI drive the gold Honda Odyssey back to the Don Pan. MARTINEZ and the other three subjects followed the CI back to the Don Pan restaurant inside the CI vehicle. They drove to the alley behind the Don Pan.

11. The CI called the HSI undercover special agent and told him that they were behind the shopping center and that they had the cellphones. The HSI undercover special agent met with MARTINEZ and the CI. MARTINEZ and the CI started placing the boxes of cell phones into the HSI special agent's vehicle. Once several boxes of the cell phones were placed inside the vehicle, MARTINEZ was detained.

12. After waving his *Miranda* rights, MARTINEZ stated that he knew the cell phones were stolen. MARTINEZ stated that he was going to receive money for the sale of the cell

phones. Law enforcement agents examined the seized cell phones and determined that the serial numbers matched the cell phones stolen from the Miami International Airport on April 20, 2015.

13. Based on the foregoing facts, your affiant submits that probable cause exists to believe that the defendant did knowingly receive and have in his possession goods, valued at $1,000 or more, stolen from an interstate and foreign shipment, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 659.

ERIC MORENO
Special Agent
Homeland Security Investigation

Subscribed and sworn to before me on this
__1st__ day of May 2015 in Miami, Florida.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA